ACCEPTED
14-14-00986-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 10:48:18 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00986-CV

**IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 10:48:18 AM
CHRISTOPHER A. PRINE
Clerk

**THE PENN INSURANCE AND ANNUITY COMPANY
AND THE PENN LIFE MUTUAL LIFE INSURANCE COMPANY
APPELLANTS**

**vs.**

**CHAD KURIGER, APPELLEE**

**On Appeal from the 151ST Judicial District Court
of Harris County, Texas
Cause No. 2013-59559**

**APELLANTS, THE PENN INSURANCE AND ANNUITY COMPANY
AND THE PENN MUTUAL LIFE INSURANCE COMPANY'S
AGREED MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF**

Scott B. Novak
SBN: 24051124
LORANCE & THOMPSON, P.C.
2900 North Loop West, Suite 500
Houston, Texas 77092
713/868-5560
713/864-4671 (fax)
Sbn@lorancethompson.com
**COUNSEL FOR APPELLANTS
THE PENN INSURANCE AND
ANNUITY COMPANY AND
THE PENN MUTUAL LIFE
INSURANCE COMPANY**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

COME NOW The Penn Insurance and Annuity Company and The Penn Mutual Life Insurance Company (hereinafter "Appellants"), and file this Agreed Motion to Extend Time to File Brief of Appellants and respectfully show unto the Court the following:

Appellants, The Penn Insurance and Annuity Company and The Penn Mutual Life Insurance Company, ask the Court to extend the time to file their Brief.

**I.**

1.     Reporter's Record was filed on March 18, 2015 and the Clerk's Record was filed on March 25, 2015.

2.     Appellants' Brief is presently due on Friday, April 24, 2015.

3.     Due to an unexpectedly busy schedule, counsel for the Appellants does not believe it is feasible to dedicate the suitable amount of time to briefing this matter. To ensure adequate time is available, Appellants ask this Court to extend the due date for Appellants' brief.

4.     Appellants have conferred with counsel for Chad Kuriger and he is in agreement with the requested extension.

5.     Appellants respectfully request an additional sixty (60) days from the April 24, 2015 due date to file his Brief.  This would extend the time to file Appellants' Brief to June 23, 2015.

6. This is Appellants' first request for an extension to file their Brief.

7. For these reasons, Appellants respectfully request an additional sixty (60) days in which to file their Brief.

9. This request is not sought for delay.

## II.

For these reasons, Appellants ask this Court to grant an extension of time to file their Brief to June 23, 2015.

Respectfully submitted,

LORANCE & THOMPSON, P.C.

/s/ Scott B. Novak

_____
Scott B. Novak
SBN: 24051124
2900 North Loop West, Suite 500
Houston, Texas 77092
713/868-5560
713/864-4671 (fax)
sbn@lorancethompson.com
**COUNSEL FOR APPELLANTS
THE PENN INSURANCE AND
ANNUITY COMPANY AND
THE PENN MUTUAL LIFE
INSURANCE COMPANY**

## *CERTIFICATE OF CONFERENCE*

I conferred with opposing counsel on April 9, 2015 regarding this motion and he is unopposed.

/s/ Scott B. Novak

_____

Scott B. Novak

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2015, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile, to the following party of record:

Mr. David Ayers
Werner Ayers, LLP
1800 Bering, Suite 305
Houston, Texas 77057
dayers@wernerayers.com
Counsel for Plaintiff/Appellee

_____

Scott B. Novak